No. 85–1498.   MOORE ET AL. *v.* VOLKSWAGENWERK, A. G., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1509.   VINTILLA ET AL. *v.* UNITED STATES STEEL CORPORATION PLAN FOR EMPLOYEE PENSION BENEFITS.   C. A. 3d Cir.   Certiorari denied.

No. 85–1516.   GIAMMARIO ET AL. *v.* TRENTON BOARD OF EDUCATION ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 85–1523.   CALDWELL *v.* ENOCH, JUDGE, 101ST DISTRICT COURT OF TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–1527.   JOHNSON *v.* NORTH DAKOTA.   Sup. Ct. N. D. Certiorari denied.

No. 85–1595.   KARAPINKA *v.* UNION CARBIDE CORP.   C. A. 2d Cir.   Certiorari denied.

No. 85–1601.   WINFIELD *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–1614.   POLLINA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 85–5591.   STEELE *v.* UNITED STATES; and
No. 85–5704.   GODFREY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.   Reported below: 763 F. 2d 1401.

No. 85–5925.   BREWER *v.* GARNER, WARDEN.   Ct. Crim. App. Tex.   Certiorari denied.

No. 85–5936.   THIBODEAU *v.* MAINE.   Sup. Jud. Ct. Me.   Certiorari denied.

No. 85–6108.   SCOTT *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 85–6109.   BROWN *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 85–6164.   MILLER *v.* OREGON.   Sup. Ct. Ore.   Certiorari denied.